**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| TYLER JOSEPH TIPTON, *Plaintiff* | § § | |
| v. | § § | Case No. SA-26-CV-02623-XR |
| MARTIN O'MALLEY, *Defendant* | § § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On this date the Court considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation recommending that this case be dismissed for failure to prosecute and comply with a court order pursuant to Rule 41(b).

*Pro se* Plaintiff Tyler Tipton, proceeding *in forma pauperis*, alleged that the Social Security Administration unreasonably delayed the adjudication of his disability claim. *See* ECF No. 4. Tipton requested mandamus relief in the form of a Court Order compelling the agency to immediately process his claims. *Id.* at 5–6. He also requested an immediate award of presumptive disability payments. *Id.* at 7. On July 16, 2026, Tipton filed an amended Complaint, without leave of Court, *see* ECF No. 8, re-urging his position from his original Complaint, *cf.* ECF No. 4.

The Commissioner filed a motion to dismiss arguing that Tipton's factual allegations, in both his original and amended complaints, are insufficient to raise a claim for which relief could be granted. ECF No. 10. The agency, the Commissioner points out, hasn't issued a final decision on Tipton's claims; without a final decision judicial review under 42 U.S.C. § 405(g) is not available. *Id.* at 2. Tipton did not file a response to the motion to dismiss and so offers no rebuttal to any arguments in it.

Accordingly, on August 27, 2026, the Magistrate Judge entered a Show Cause Order concerning Tipton's failure to respond to the motion to dismiss. *See* ECF No. 11 (Show Cause

Order). The Magistrate Judge ordered Tipton to, within 30 days, "either (1) file a response to the motion or (2) file a notice informing the Court that Plaintiff does not wish to substantively respond to the Motion." *Id.* at 2. The Magistrate Judge further advised that a complete failure to respond to the Show Cause Order would have significant consequences:

> [T]he failure to timely file a response along with a failure to file a notice will result in the Court construing Tipton's lack of activity as an affirmative indication that he no longer wishes to pursue this litigation. That, in turn, will result in the Court recommending dismissal of the case under Federal Rules of Civil Procedure 16(f) and 41(b) for failure to follow a court order and want of prosecution.

*Id.* After Plaintiff failed to respond, the Magistrate Judge recommended that the Court dismiss this case without prejudice for failure to prosecute and comply with a court order pursuant to Federal Rule of Civil Procedure 41(b) and deny as moot Defendant's motion to dismiss (ECF No. 10). *See* ECF No. 11.

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file his or her written objections within fourteen days after being served with a copy of the findings and recommendations. 28 U.S.C. § 636(b)(1). The Magistrate Judge's recommendation was mailed by certified mail on October 19, 2026. ECF No. 14. No objections have been filed.

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a *de novo* review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.").

The Court has reviewed the Report and Recommendation and finds it to be neither clearly erroneous nor contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation,

This case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b). Defendant's motion to Dismiss (ECF No. 10) is **MOOT**. A final judgment pursuant to Rule 58 will follow.

The Clerk is **DIRECTED** to mail a copy of this Order and the Final Judgment to Tyler Tipton, 113 Box S. Dr., Kerrville, TX 78028..

It is so **ORDERED**.

**SIGNED** this November 24, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE